UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ANTON POPKOVICH,
 an individual

CASE NO.: 1:21cv20013

Plaintiff,

vs.

SERGEY SLASTIKHIN,
an individual

Defendant.
_____/

## VERIFIED COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, ANTON POPKOVICH, by and through his undersigned attorney, and files this Complaint for damages and demand for trial against the Defendant, SERGEY SLASTIKHIN, and further alleges:

### PARTIES

1. At all times material hereto, Plaintiff is a foreign individual whose resides and is domiciled in Russian Federation, and is otherwise *sui juris*.

2. Defendant, SERGEY SLASTIKHIN is an individual, who is domiciled and to the beast Plaintiff's knowledge resides in Miami-Dade County, Florida, and is otherwise *sui juris*.

### JURISDICTION AND VENUE

3. Jurisdiction is proper in this Court because this is an action for damages that is greater than $75,000.00, and the parties are diverse in locality.

4. Venue is also properly laid because Defendant is domiciled and resides in Miami-Dade County, Florida. All parties, as well as the acts and omission complained of herein occurred and will continue to occur the District which this Court sits.

## FACTUAL BACKGROUND

5. On or about May 28, 2020, Plaintiff and Defendant entered into a loan agreement, **attached thereto as Exhibit A**, under which Defendant Promised to repay Plaiting a dept in amount of $549,000.00 in monthly instalments. Starting May, 2020 Defendant promised to pay Plaintiff $5,000.00 to $50,000.00 per month (the payment amount should have been correlated with defendant's financial ability to repay) on 8th day of every month until May 8th, 2022.

6. Defendant failed to make all payments promised to the mad under the loan agreement and never return the loan amount to Plaintiff.

## COUNT I – BREACH OF CONTRACT

7. Plaintiff re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 6 above, and further alleges:

8. Plaintiff and Defendant entered into a valid contract.

9. Defendant breached that contract by failing to make payments under the loan agreement and/or repay the loan amount.

10. Defendant's breach of the contract resulted in pecuniary losses.

**WHEREFORE** Plaintiff demands judgment against Defendant for damages in an amount of $549,000.00 plus attorney's fees and costs.

## COUNT II – UNJUST ENRICHMENT
### (Plead Alternatively to Count I)

11. Plaintiff re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 6 above, and further alleges:

12. Plaintiff confirmed benefit of $549,000.00 to Defendant and Defendant accepted these funds; therefore, Defendant has knowledge of benefit conferred.

13. Defendant, voluntary accepted $549,000.00

14. The circumstances are such that it would be inequitable for Defendant to retain $549,000.00

**WHEREFORE** Plaintiff demands judgment against Defendant for damages in an amount of $549,000.00 plus attorney's fees and costs.

**VERIFICATION:**

Under penalties of perjury, I declare that I have read the foregoing Complaint and that the facts stated in it are true:

Name: Anton Popkovich

Signature: [signature]

Date: December 24, 2020

Law Offices of Andre G. Raikhelson, LLC.
301 Yamato Road
Suite 1240
Boca Raton, FL 33431
Telephone: (954) 895-5566
Primary Email: arlaw@raikhelsonlaw.com
Secondary email: a.raikhelson@icloud.com

/s/ Andre G. Raikhelson
Andre G. Raikhelson, Esq.
Bar Number: 123657